# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CINDY M. MARTINEZ-VALERIO, ET AL.,)<br>    Plaintiff(s)                     )<br>                                     )<br>               v.                         )<br>                                     )<br>BAYSTATE MEDICAL CENTER CO.,  )<br>ET AL.,                                       )<br>    Defendant(s)                     ) | CIVIL ACTION NO. 3:09-30226 -MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

**[ ]** **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**[X]** **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants Baystate Medical Center Co., et al, against the plaintiffs Cindy M. Martinez-Valerio, et al., pursuant to the court's endorsed order entered this date, granting defendant's motion to dismiss.

                                                    **SARAH A. THORNTON**,
                                                    CLERK OF COURT

Dated: February 24, 2010                   By  */s/ Maurice G. Lindsay*
                                                        Maurice G. Lindsay
                                                        Deputy Clerk

(Civil Judgment 2 (Routine).wpd - 11/98)
      [jgm.]